UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-CR-117-TAV-DCP |
| | ) | |
| AKILO LASHA GRIGGS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Akilo Griggs's Unopposed Motion to Continue the Trial Date and Reset All Other Deadlines [Doc. 15], filed on September 4, 2026.

Defendant asks the Court to continue October 13, 2026 trial date, to extend the September 4 motion deadline, and to reset all other deadlines [*Id*. ¶¶ 1, 6]. As grounds, Defendant states that the initial discovery is voluminous comprising 38 gigabytes of data and includes multiple audio and video recordings [*Id*. ¶ 2]. He submits that due to the volume of discovery and defense counsel's heavy workload, counsel needs additional time to review the discovery, confer with Defendant, prepare pretrial motions, and ready the case for trial [*Id*. ¶ 3]. Defendant understands that the time between the filing of this motion and the new trial date will be fully excludable for speedy trial purposes [*Id*. ¶ 5]. The motion relates that the Government does not oppose a continuance [*Id*. ¶ 4].

Based upon the information contained in the motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Counsel for Defendant needs time to complete his review of discovery, confer with Defendant, prepare and litigate pretrial motions, and otherwise prepare for trial. The Court finds that all of this cannot occur before the October 13, 2026 trial date.

The Court therefore **GRANTS** Defendant's Unopposed Motion to Continue the Trial Date and Reset All Other Deadlines [**Doc. 15**]. The trial of this case is reset to **February 2, 2027**. A new schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on September 4, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant's Unopposed Motion to Continue the Trial Date and Reset All Other Deadlines [**Doc. 15**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 2, 2027, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **September 4, 2026**, and the new trial date of **February 2, 2027**, is fully excludable under the Speedy Trial Act for the reasons set forth herein;

(4) The deadline for filing pretrial motions is extended to **October 5, 2026**. Responses to motions are due on or before **October 19, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 4, 2027**;

(6) the deadline for filing motions *in limine* is **January 15, 2027**, and responses to motions *in limine* are due on or before **January 26, 2027**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **January 14, 2027, at 1:30 p.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 22, 2027**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin

Debra C. Poplin
United States Magistrate Judge